280

507 A.2d 386

**George SCHREINER, Duane Senay, Michael Elias, Joseph Feltz and Joseph Edwards**

v.

**The CITY OF McKEESPORT, Lou Washowich, Mayor; Samuel R. Vidnovich, Nicholas J. Skezas, Gerald F. Boyle, Joseph P. Graziano, James Heatherington, Charles A. Sharbaugh and Carolyn O. Young, Members of Council, Petitioners.**

Supreme Court of Pennsylvania.

April 9, 1986.

Petition for Allowance of Appeal GRANTED, No. 25 W.D. Appeal Docket 1986.